UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

MAR 2 5 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,    )
                             )
Plaintiff,                   )
                             )
v.                           )    **4:26CR136 MAL/NCC**
                             )
KENDRICK CORDELL IVY,        )
                             )
Defendant.                   )

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about January 24, 2026, in St. Louis City, within the Eastern District of Missouri,

**KENDRICK CORDELL IVY,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1.    Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of offenses in violation of Title 18, United States Code, Section 922(g) as set forth above, the defendants shall forfeit to the United States of America any firearm or ammunition involved in or used in said violations.

2.    If any of the property described above, as a result of any act or omission of the

defendants:

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third party;

    c.     has been placed beyond the jurisdiction of the court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).


A TRUE BILL.


_____
FOREPERSON

THOMAS C. ALBUS
United States Attorney


_____
DONALD S. BOYCE, #6282562IL
Assistant United States Attorney